UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

       Plaintiff,

                                    NO. CIV. S-06-2011 LKK/EFB

    v.

LOUIS E. JONES, III;
REBECCA S. JONES; and                 O R D E R
DOES 1 through 10, inclusive,

       Defendants.
_____/

On November 15, 2006, the parties stipulated that defendants would have until December 15, 2006, to file an answer. Accordingly, the court hereby CONTINUES the status conference currently set for December 4, 2006, at 1:30 p.m. to January 22, 2007, at 1:30 p.m.

IT IS SO ORDERED.

DATED: November 30, 2006.

                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT