1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 SCOTT N. JOHNSON,
                                    NO. Civ.S-06-2011 LKK/EFB
12           Plaintiff,

13     v.                           **ORDER RE DISPOSAL**
                                    **DOCUMENTS AFTER**
14 LOUIS E. JONES, III and          **NOTIFICATION OF SETTLEMENT**
   REBECCA S. JONES,
15
             Defendants.
16 _____/

17      Counsel for plaintiff has filed a Notice of Settlement in the

18 above-captioned case.  The court now orders that the dispositional

19 documents disposing of the case be filed no later than thirty (30)

20 days from the effective date of this order.

21      All hearing dates heretofore set in this matter are hereby

22 **VACATED.**

23 ////

24 ////

25 ////

26 ////

                                    1

1    FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

2 IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

3 CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

4    IT IS SO ORDERED.

5    DATED:  January 16, 2007.

6

7

8                                    _____
                                     LAWRENCE K. KARLTON
9                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                  2